1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                  SOUTHERN DISTRICT OF CALIFORNIA
10

11  In re PALOMAR CRASH OF JANUARY          Master File No. 06-CV-
    24, 2006                                02711-DMS-POR
12
                                            **ORDER OF DISMISSAL WITH
13                                          PREJUDICE**
14  This Document Relates To All Consolidated     [Doc.  332]
    Cases
15

16          IT IS HEREBY ORDERED that all claims of Plaintiffs Steven Shafran, individually, and

17  as Successor in Interest to Janet Shafran, deceased; Anne M. Shafran, a minor at the commencement

18  of this case and now an adult, individually and as Successor In Interest to Janet Shafran, deceased;

19  Margaret C. Shafran, a minor, individually and as Successor In Interest to Janet Shafran, deceased,

20  by and through her Guardian Ad Litem, Jay Shafran; Reid J. Shafran, a minor, individually and as

21  Successor In Interest to Janet Shafran, deceased, by and through his Guardian Ad Litem, Jay Shafran;

22  Isabelle B. Shafran, a minor, individually and as Successor In Interest to Janet Shafran, deceased, by

23  and through her Guardian Ad Litem, Jay Shafran against defendants Goship Air, LLC, JaxAir, LLC,

24  the Estate of John C. Francis, and the Estate of James A. Garratt in Case # 08 CV 0702 DMS-POR,

25  consolidated with 06-CV-02711-DMS-POR, be DISMISSED with prejudice.  All parties will bear

26  their own costs and attorney fees.  This order has no effect on any of the other consolidated cases, nor

27  does it have any effect on the claims of the defendants herein against the United States of America and

28  the County of San Diego.

1    **IT IS SO ORDERED.**

2    DATED:  January 5, 2010

3    _____

4    HON. DANA M. SABRAW
     United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28